IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMAL GROSS, 33269-044, ) | |
|     Petitioner, ) | |
| vs. ) | No. 3:09-CV-2355-P |
| ) | |
| WARDEN NFN CRUZ, ) | |
|     Respondent. ) | |

### ORDER

After making the review required by 28 U.S.C. § 636(b), and considering Petitioner's objections filed July 2, 2010, the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

**SO ORDERED.**

Signed this 13th day of July 2010.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE